UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In the matter of:

Randal Scot Brinkman and
Carol Marie Brinkman,

       Petitioners,

v.                                            Case No. 15-mc-67 (JNE/HB)
                                               Case No. 15-mc-74 (JNE/HB)
                                               ORDER

United States Inc., ex rel.
Internal Revenue Service,

       Respondent.

These matters are before the Court on a Report and Recommendation issued by the

Honorable Hildy Bowbeer, United States Magistrate Judge, on December 16, 2015. No objection

to the Report and Recommendation has been filed. The Court has conducted a de novo review of

the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and

Recommendation.

Therefore, IT IS ORDERED THAT:

1.      Petitioners' Amended Petition to Quash IRS Summons [Docket No. 2, Case No. 15-mc-67] is DENIED AS MOOT;

2.      Petitioners' Petition to Quash IRS Summons [Docket No. 1, Case No. 15-mc-74] is DENIED AS MOOT;

3.      The United States of America's Motion to Dismiss [Docket No. 5, Case No. 15-mc-67] is GRANTED;

4.      The United States of America's Motion to Dismiss [Docket No. 4, Case No. 15-mc-74] is GRANTED; and

5.      The Report and Recommendation [Docket No. 17, Case No. 15-mc-67; Docket No. 15, Case No. 15-mc-74] is ADOPTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 28, 2016

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge